UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 18, 2025
Clerk, U.S. District and
Bankruptcy Courts

In re:
**DANIELLE PENNINGTON,**
Debtor.
Case No. 24-00250-ELG
Chapter 13

## OBJECTION TO CONTINUED HEARING, MOTION TO STRIKE, AND MOTION TO RECUSE JUDGE GUNN FOR BIAS, MISCONDUCT, AND VIOLATIONS OF JUDICIAL OBLIGATIONS

COMES NOW Danielle Pennington, Debtor, pro se, and respectfully submits this Objection to the continued hearing scheduled for **July 30, 2025**, and moves to strike the associated notice and to recuse **Judge Elizabeth L. Gunn** from further involvement in this case pursuant to **28 U.S.C. § 455(a)**. The record reflects a pattern of bias, unequal treatment, procedural irregularity, and willful disregard for the rule of law. In support thereof, the Debtor states the following:

### 1. Procedural Jurisdiction Has Been Exhausted

This case was **dismissed and closed in March 2025**. A **Notice of Appeal** is currently pending before the U.S. District Court in **Case No. 1:25-cv-00676-AHA**, and a parallel federal civil action involving the same parties and property is pending in **Case No. 1:25-cv-00568-AHA**, asserting claims for RICO, fraudulent conveyance, and declaratory relief.

Despite this, Judge Gunn continues to exercise jurisdiction and allow post-dismissal litigation in this closed matter a violation of established limits on bankruptcy court authority during the pendency of appeal.

Additionally, summonses have been issued in **Case No. 1:25-cv-00568-AHA** for the pending quiet title and RICO claims, and all defendants are now under federal process. While no hearing has been set as of the date of this filing, the case is proceeding actively in the District Court. This Court's continued involvement risks interfering with federal jurisdiction and duplicating or contradicting proceedings currently underway in the District Court.

Furthermore, Judge Gunn previously granted **in rem** relief to FHL despite knowing FHL was not the real party in interest and had withdrawn as a creditor and in a later order she stated that any eviction proceedings must still follow local and state rules. However, FHL has never followed those rules, nor have they complied with any state or municipal procedures. The Court has repeatedly declined to enforce these requirements, further facilitating FHL's actions in spite of their ongoing legal violations. This pattern reflects a disregard for jurisdictional boundaries, procedural due process, and the supremacy of federal litigation currently underway.

### 2. Improper Appearance by Non-Party Joel Aronson

At a recent hearing, **Joel Aronson**, a non-party with no standing or filed appearance, was permitted to address the Court in violation of **Fed. R. Bankr. P. 9010**. Mr. Aronson is not listed on the creditor matrix, not an attorney of record, and has no lawful role in these proceedings. His participation was unauthorized, and the Court's allowance of it constitutes improper judicial conduct.

### 3. August 7, 2024 Incident (Docket Entry 27)

During the August 7, 2024 hearing, opposing counsel stated, "I guess Debtor is not in the courtroom," to which Judge Gunn replied:

> "I am all alone... well, not all alone, we are all alone, let's put it that way."

This statement, made during the Debtor's absence, demonstrates inappropriate familiarity with opposing counsel and a dismissive tone toward the Debtor's role and rights. This comment, documented in the official record (Dkt. 27), violates **Canon 2(A)** and **Canon 3(A)(4)** of the Code of Conduct for United States Judges.

### 4. First Hand Land, LLC Has No Standing

- On **February 20, 2025**, First Hand Land, LLC explicitly moved to **withdraw as a creditor**.

- FHL has **never filed a proof of claim**, never recorded a valid deed, and never submitted documentary evidence of a security interest or ownership.

- The deed purportedly supporting in rem relief in this case was created via bundletoday.com, dated August 22, 2023, but was never recorded in the D.C. land records. It is not part of any lawful chain of title. Granting in rem relief based on this instrument as opposed to a properly recorded foreclosure deed is a profound violation of real property law, due process, and bankruptcy evidence standards. Relief grounded on such a defective instrument lacking statutory compliance and any recorded validity denies the Debtor fundamental due process protections and renders any in rem effect legally void under binding real property and constitutional principles.

- D.C. law (**e.g., D.C. Code § 42–401 et seq.**), which requires recording for any deed affecting real property title.

- Despite this, the Court continues to treat FHL as a party in interest and has granted it **in rem relief** in this closed and appealed case in **violation of 11 U.S.C. § 362 and Fed. R. Bankr. P. 3001.**

### 5. Patricia Sweeney Improperly Treated as a Party

The Court has also extended standing and recognition to **Patricia Sweeney**, despite the fact that she has never filed a motion, made an appearance, or submitted a verified interest in the case. This is not a harmless oversight, it is a judicial endorsement of a party who never entered the case through lawful means.

### 6. Material Perjury and Licensing Fraud Ignored

Adetunji Adefhinti, on behalf of FHL, **gave sworn testimony (case 23- 00158 Doc 43) claiming full compliance with D.C. and Maryland business laws**, despite **having no active license in either jurisdiction.**

The Court ignored this material misrepresentation and failed to investigate or require documentation. Meanwhile, the Debtor is held to the highest procedural standard while false statements by creditor representatives are accepted without scrutiny.

### 7. Casual Familiarity with Opposing Counsel

In multiple hearings, Judge Gunn has referred to **Attorney Justin Fasano by his first name** on the record. This inappropriate casualness demonstrates a level of personal rapport inconsistent with the impartiality required of the bench and prejudicial to a self-represented party.

---

**8. July 8, 2025 Order Demonstrates Institutional Bias and Confirms Collusive Conduct**

In the **July 8, 2025 Order (Dkt. 131)**, the Court:

- Granted relief to FHL without requiring standing documentation;

- Treated Sweeney as a party of record without legal basis;

- Repeatedly discredited the Debtor while adopting contradictory, unverified accounts from adverse parties;

- Dismissed the Debtor's jurisdictional objections without analysis.

This order exemplifies the broader misconduct: judicial endorsement of perjury, overlooking fatal procedural defects, and a refusal to enforce the Bankruptcy Code equally.

In addition, the Court granted **First Hand Land, LLC (FHL) in rem relief** despite knowing that it was **not the real party in interest**, and had expressly withdrawn as a creditor months earlier. Subsequently, the Court permitted FHL to submit documents asserting that **Patricia Sweeney, as a real party of interest,** who was never a party to the bankruptcy, never filed a motion, and never appeared as the real party in interest.

Further, during the same hearing, **attorneys purporting to represent FHL were allowed to argue**, despite FHL being listed as a defendant in the Sweeney Quiet Title complaint . Joel Aronson, who is not listed as an attorney of record and never identified who he represented, was also allowed to speak before the Court. **Patricia Sweeney herself did not appear at all**, yet arguments were entertained and accepted as though she were properly before the Court.

This conduct illustrates a profound breakdown of judicial neutrality and gives the appearance of a coordinated effort to legitimize an illegitimate claim. The Debtor has been forced to defend herself in an increasingly lopsided and irregular process that no longer offers the semblance of due process. Under these circumstances, there is no way she can receive a fair or impartial adjudication in this forum.

### 9. Violation of Judicial Oath, Canons, and Supreme Court Precedent

Judge Gunn's conduct violates:

- **Canon 1**: Upholding the integrity and independence of the judiciary;
- **Canon 2(A)**: Acting in a manner that promotes public confidence in the judiciary;
- **Canon 3(A)(4)**: Refraining from ex parte communications and maintaining fairness;
- **Canon 3(B)(5)**: Performing duties impartially and diligently.

These ongoing violations betray the solemn obligations that accompany the judicial oath and the responsibility entrusted to those who wear the robe. and justify recusal to preserve the appearance and reality of a fair tribunal.

The Supreme Court has held that the appearance of partiality is sufficient to require recusal. In *Liljeberg v. Health Services Acquisition Corp.*, 486 U.S. 847 (1988), the Court ruled that judicial disqualification is necessary where a judge's impartiality might reasonably be questioned. Likewise, in *Caperton v. A.T. Massey Coal Co.*, 556 U.S. 868 (2009), the Court found that due process is violated where there is a serious risk of actual bias.

**As Supreme Court Justice Neil Gorsuch has plainly stated: "Before your life, liberty, or property can be taken, you are guaranteed due process of law, an independent judge, and a jury of your peers." That fundamental right has been repeatedly ignored by this Court.**

Moreover, as established in *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982), the filing of a notice of appeal divests the lower court of jurisdiction over those aspects of the case involved in the appeal. Judge Gunn's post-dismissal activity, especially after an appeal has been docketed and a federal quiet title case is pending, directly violates this controlling precedent.

---

### RESERVATION OF RIGHTS

Debtor expressly reserves all rights to raise further claims, constitutional violations, and evidentiary objections in her appeal now pending before the U.S. District Court, Case No. 1:25-cv-00676-AHA. This filing does not waive any appellate arguments, defenses, or remedies available under law. Nothing herein shall be construed to concede jurisdiction, waive claims of fraud or misconduct, or validate proceedings currently being challenged in federal court.

**RELIEF REQUESTED**

The Debtor respectfully requests that this Court:

1. **STRIKE** the July 30, 2025 hearing as jurisdictionally improper;

2. **RECUSE** Judge Elizabeth L. Gunn from all further proceedings under 28 U.S.C. § 455;

3. **ENJOIN** any further participation by First Hand Land, LLC or Patricia Sweeney unless and until they comply with standing, licensing, and filing requirements;

4. **GRANT** such other relief as this Court deems just and proper.

Respectfully submitted
/s/ Danielle Pennington
Danielle Pennington
4908 Quarles St. NE
Washington, DC 20019
daniellecj5@yahoo.com
(202) 247-0611
Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that on this [Insert Date], I served a true and correct copy of the foregoing Motion via CM/ECF and/or first-class mail to:

**Justin P. Fasano**
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Email: jfasano@mhlawyers.com

/s/ **Danielle Pennington**
Danielle Pennington

AO 440b (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| DANIELLE PENNINGTON <br><br> *Plaintiff* <br> v. <br> NATIONSTAR MORTGAGE LLC et al <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:25-cv-00568-AHA <br><br> **WITHOUT PREPAYMENT OF COSTS** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PATRICIA LEE SWEENEY
430 E. Lorraine Avenue
Baltimore, MD 21218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    DANIELLE PENNINGTON
4908 Quarles St. NE
Washington, DC 20019
202-247-0611

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:    07/09/2025

/s/ Nicole M. Wilkens
*Signature of Clerk or Deputy Clerk*

AO 440b (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| DANIELLE PENNINGTON <br><br> *Plaintiff* <br><br> v. <br><br> NATIONSTAR MORTGAGE LLC et al <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:25-cv-00568-AHA <br><br> **WITHOUT PREPAYMENT OF COSTS** |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  JUSTIN FASANO
6404 Ivy Lane
Suite 820
Greenbelt, MD 20770

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  DANIELLE PENNINGTON
4908 Quarles St. NE
Washington, DC 20019
202-247-0611

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: _____07/09/2025_____          /s/ Nicole M. Wilkens
                                   *Signature of Clerk or Deputy Clerk*

AO 440b (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| DANIELLE PENNINGTON <br><br> *Plaintiff* <br> v. <br> NATIONSTAR MORTGAGE LLC et al <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-00568-AHA <br><br> **WITHOUT PREPAYMENT OF COSTS** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ADETUNJI DARCY ADEFHINTI
14400 Sandy Ridge Lane
Lanham, MD 20707

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: DANIELLE PENNINGTON
4908 Quarles St. NE
Washington, DC 20019
202-247-0611

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 07/09/2025

/s/ Nicole M. Wilkens
*Signature of Clerk or Deputy Clerk*

AO 440b (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

DANIELLE PENNINGTON

*Plaintiff*

v.

NATIONSTAR MORTGAGE LLC et al

*Defendant*

Civil Action No. 1:25-cv-00568-AHA

**WITHOUT PREPAYMENT OF COSTS**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FIRST HAND, LLC
7044 Palamar Turn
Lanham, MD 20706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   DANIELLE PENNINGTON
4908 Quarles St. NE
Washington, DC 20019
202-247-0611

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 07/09/2025

/s/ Nicole M. Wilkens
*Signature of Clerk or Deputy Clerk*

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC

2025 JUL 18  P 11:08

RECEIVED

RECEIVED
Mailroom
JUL 21 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia